# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 3, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153008(46)

TERIDEE LLC, JOHN F. KOETJE TRUST,
and DELIA KOETJE TRUST,
          Plaintiffs-Appellees,

v

SC:  153008
COA:  324022
Wexford CC:  2013-024803-CH

HARING CHARTER TOWNSHIP and
CLAM LAKE TOWNSHIP,
          Defendants-Appellants.

_____/

On order of the Court, the motion for stay is considered, and it is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 3, 2016



s0531

Clerk